```
                              FILED
                       CLERK, U.S. DISTRICT COURT

                              7/6/2021

                       CENTRAL DISTRICT OF CALIFORNIA
                       BY:       JB        DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>RUDOLPH PETERSEN,<br><br>   Defendant. | No. 2:21-cr-00311-FMO<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 666(a)(1)(B): Bribery Concerning Programs Receiving Federal Funds] |

The Acting United States Attorney charges:

[18 U.S.C. § 666(a)(1)(B)]

From in or around December 2018 to on or about August 5, 2020, in Los Angeles County, within the Central District of California, defendant RUDOLPH PETERSEN, a police officer and an agent of the Montebello Police Department, a local government agency that received in any one-year period, including in calendar years 2018, 2019, and 2020, benefits in excess of $10,000 under a federal program involving a grant and other assistance, corruptly accepted and agreed to accept something of value from a person, intending to be influenced and rewarded in connection with a business, transaction, and series of transactions of the Montebello Police Department, having a value of $5,000 or more.  Specifically, defendant PETERSEN agreed to accept

bribe payments of at least $14,000 from a person, intending to be influenced and rewarded in connection with taking official action to protect the person's illegal enterprise from law enforcement activity.

TRACY L. WILKISON
Acting United States Attorney

*/s/ signature*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

SHAWN J. NELSON
Assistant United States Attorney
Chief, International Narcotics, Money Laundering and Racketeering Section

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, International Narcotics, Money Laundering and Racketeering Section

IAN V. YANNIELLO
Assistant United States Attorney
International Narcotics, Money Laundering and Racketeering Section